COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
 EX PARTE SAUL CONTRERAS
 
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00530-CR
  
 Appeal from the
  
 Criminal Law Magistrate Court
  
 of El Paso County, Texas
  
 (TC#M03W5969)
 
 




 

MEMORANDUM
OPINION

On January 8, 2004, this Court gave
notice to appellant that his notice of appeal is defective because it does not
contain the trial court=s certification of the defendant=s right of appeal as required by Tex. R. App. P. 25.2(a)(2) and 25.2(d). Therefore, this Court=s full jurisdiction has not been
invoked.  Appellant had until February 9,
2004 to remedy this jurisdictional defect by filing an amended notice of
appeal.  To date, this Court has not
received a response.  Therefore, this
case is hereby dismissed for want of jurisdiction.

 

SUSAN
LARSEN, Justice

February 19, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.

 

(Do Not Publish)